IRVING ALSBERG, Respondent, *v.* GEORGE M. NEWGENT et al., Appellants.

*Alsberg v. Newgent,* 169 App. Div. 936, affirmed.
(Argued December 5, 1916; decided December 28, 1916.)

APPEAL from a judgment, entered July 21, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought for a dissolution of the partnership between the plaintiff and defendants, and for an accounting in respect of the partnership business upon the ground that the business had sustained a loss of a substantial part of its capital, and to continue the business would result in a greater loss and probably in the loss of the entire capital; that the defendants had after demand failed to contribute their share of such losses, and that the business could no longer be carried on at a profit. The defendants, in addition to denying these allegations of the complaint, interposed a counterclaim alleging that plaintiff had excluded defendants from possession of partnership books

and assets, and had, by the commencement of this action, committed a breach of the partnership agreement.

*George H. D. Foster* for appellants.

*Isaac N. Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.